[No. 11770-0-I. Division One. October 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ENZLEY C. ROBERTSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03944-4, Frank H. Roberts, Jr., J., entered April 26, 1982. *Reversed* by unpublished opinion per Callow, J., concurred in by Williams and Ringold, JJ.

[No. 13473-6-I. Division One. October 17, 1983.]

ROBERT ALLEN, ET AL, *Respondents,* v. HERSHEY FOODS CORPORATION, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-06782-0, Liem E. Tuai and Robert M. Elston, JJ., entered June 15 and July 15, 1983. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 12416-1-I. Division One. October 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ANDREW GRUNDY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-1-00513-9, Daniel T. Kershner, J., entered October 14, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, J., and Walterskirchen, J. Pro Tem.

[No. 12125-1-I. Division One. October 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN J. BARKSDALE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-00401-1, Robert W. Winsor, J., entered August 16, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Callow, JJ.